**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:  Benjamin A. Sachs and<br>Miriah L Sachs<br>  Debtors | § §<br>§ | Case No. 24-34713<br><br>Chapter 7 |
| | § § | |
| Benjamin A. Sachs,<br>     Plaintiff | § §<br>§ | |
| v. | §<br>§ | Adversary No. 24-03239 |
| | § | |
| United States Department of Education.<br>     Defendant | § § | |

**ORDER**
**(Related to ECF No. 22)**

Having considered the Joint Stipulation and Motion for Order Determining Dischargeability filed by Plaintiff Benjamin A. Sachs and Defendant United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education listed in Exhibit A to the Joint Stipulation and Motion are not excepted from discharge under 11 U.S.C § 727(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education listed in Exhibit A to the Joint Stipulation and Motion are discharged under 11 U.S.C. § 727.

IT IS ORDERED that the Department of Education is dismissed from this action.

It is so ORDERED.

_____
Date

_____
The Honorable Eduardo V. Rodriguez
Chief United States Bankruptcy Judge